IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT R. BENNIE JR., individually, and on behalf of, and BOB BENNIE WEALTH MANAGEMENT, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 4:11CV3089 |
| V. | ) ) | |
| JOHN MUNN, in his official and individual capacity, JACK E. HERSTEIN, in his official and individual capacity, RODNEY R. GRIESS, in his official and individual capacity, and JACKIE L. WALTER, in her official and individual capacity, | ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | | |

This matter is before the court on Stephanie Caldwell and Natalee J. Hart's notice of withdrawal as counsel of record for Defendants John Munn, Jack E. Herstein, Rodney R. Griess and Jackie L. Walter ("Defendants") (filing 20). Upon the representation that Defendants will continue to be represented in this matter, Stephanie Caldwell and Natalee J. Hart will be permitted to withdraw as counsel.

**IT IS ORDERED:**

1. Stephanie Caldwell and Natalee J. Hart are no longer counsel for Defendants John Munn, Jack E. Herstein, Rodney R. Griess and Jackie L. Walter in this matter;

2. The Clerk shall terminate the appearance of Stephanie Caldwell and Natalee J. Hart as defense counsel;

3. The Clerk shall terminate future notices to Stephanie Caldwell and Natalee J. Hart in this matter.

**DATED August 3, 2011.**

                                **BY THE COURT:**

                                **S/ F.A. Gossett**
                                **United States Magistrate Judge**