IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT R. BENNIE JR., individually, and on behalf of, and BOB BENNIE WEALTH MANAGEMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHN MUNN, in his official and individual capacity, JACK E. HERSTEIN, in his official and individual capacity, RODNEY R. GRIESS, in his official and individual capacity, and JACKIE L. WALTER, in her official and individual capacity, <br><br> Defendants. | 4:11CV3089 <br><br> MEMORANDUM AND ORDER |

After conferring with the parties, and with their agreement,

IT IS ORDERED:

1) Mandatory disclosures shall be served by February 13, 2012.

2) The deadline for filing plaintiff's anticipated motion to amend the complaint is February 15, 2102.

3) Written discovery shall commence as soon as practicable.

4) After the court rules on the plaintiff's anticipated motion to amend, an additional conference call will be held with the court to set a schedule for final progression of this case to trial.

5) The clerk shall set a case management deadline as follows: April 12, 2012–check on status of anticipated motion to amend.

January 31, 2012.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge