IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT R. BENNIE, JR., BOB BENNIE WEALTH MANAGEMENT, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN MUNN, et. al; <br><br> Defendants. | 4:11CV3089 <br><br> MEMORANDUM AND ORDER |

IT IS ORDERED that the final progression order is amended as follows:

1) The deadline for completing non-expert discovery remains September 30, 2013. Any motions to compel such discovery must be filed by September 16, 2013.

2) The plaintiffs' motion to extend the expert disclosure deadlines, (Filing No. 113), is granted. The parties' expert disclosures deadlines, (for both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

> For the plaintiff(s):      August 7, 2013
> For the defendant(s):    October 7, 2013

3) Any deposition by Plaintiffs of Defendants' expert(s) shall be completed on or before December 6, 2013.

4) The deadline for filing motions to dismiss and motions for summary judgment remains October 15, 2013.

5) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is January 7, 2014.

6) All other deadlines set forth in the court's prior amended progression order, (Filing No. 103), are unchanged.

July 23, 2013.

> BY THE COURT:
>
> *s/ Cheryl R. Zwart*
> United States Magistrate Judge