IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT R. BENNIE JR., individually and on behalf of Bob Bennie Wealth Management, Inc. et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN MUNN, in his official and individual capacity, et. al; <br><br> Defendants. | 4:11CV3089 <br><br> **MEMORANDUM AND ORDER** |

IT IS ORDERED:

1)   The parties' joint motion to continue, (Filing No. 147), is granted as follows:

   a.   The non-expert discovery and deposition deadline is extended to October 31, 2013.

   b.   The summary judgment deadline is extended to November 4, 2013.

   c.   The telephonic conference scheduled to be held before the undersigned magistrate judge on October 8, 2013 is cancelled.

   d.   All other unexpired deadlines in the court's progression order, (Filing No. 103), remain in effect.

2)   The parties are hereby notified that no further continuances will be granted absent a very substantial showing of good cause.

September 30, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge