IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT R. BENNIE, JR., | ) | 4:11CV3089 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JOHN MUNN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

With the agreement of the parties,

IT IS ORDERED that the non-jury trial of this case is continued to April 7, 2014, for five days, as the #1 case before all criminal and civil trials, before the undersigned United States district judge, in Lincoln, Nebraska.

Dated February 6, 2014.

BY THE COURT:

*Richard G. Kopf*
United States District Judge