IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT R. BENNIE, JR., et al., | ) | 4:11CV3089 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | MEMORANDUM |
| | ) | AND ORDER |
| JOHN MUNN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

I am unable to try this case for health related reasons. I have consulted with Judge John M. Gerrard who is willing to accept reassignment of this case. He advises that he will do his best to keep the scheduled trial date of April 7, 2014. Therefore,

IT IS ORDERED that:

(1)     The Clerk of Court shall refer this matter to Chief Judge Smith Camp with the undersigned's request that this case be reassigned to Judge Gerrard.

(2)     Counsel for the parties shall contact Judge Gerrard's chambers no later than the close of business on Wednesday, March 19, 2014, to discuss the non-jury trial date and other trial related matters.

(3)     All other pretrial order deadlines will stand as ordered.

(4)     The Clerk of Court shall also provide a copy of this order to Judge Gerrard.

Dated March 17, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge