IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT R. BENNIE, JR., | |
| Plaintiff, | 4:11-CV-3089 |
| vs. | JUDGMENT |
| JOHN MUNN, et al., | |
| Defendants. | |

Pursuant to the accompanying findings of fact and conclusions of law, judgment is entered for the defendants and against the plaintiff, and his complaint is dismissed with prejudice.

Dated this 30th day of September, 2014.

BY THE COURT:

John M. Gerrard
United States District Judge